**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
*Rita A. Wells and John L. Wells*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA A. WELLS and JOHN L. WELLS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.: 5:22-cv-02063-ODW-SP<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Sheri Pym |

**PLEASE TAKE NOTICE** that Plaintiffs Rita A. Wells and John L. Wells ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (or jointly as the "Parties") have reached an agreement in principle to settle Plaintiffs' claims against Defendant in the above-captioned action. Therefore, the Parties respectfully request that all pending deadlines and hearings be vacated and that the Parties be given sixty (60) days to finalize the settlement agreement in writing, gather the

necessary signatures, and file the appropriate dismissal papers.

                                                           Respectfully submitted,

Dated: January 20, 2023               */s/ Gustavo Ponce*
                                                      Gustavo Ponce, Esq.
                                                      *Attorney for Plaintiffs*



# **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a true and correct copy of the forgoing document was filed via the Court's electronic filing system and served upon all parties and their attorneys of record. Parties may access this filing through the Court's CM/ECF System.

Dated: January 20, 2023

                                               */s/ Gustavo Ponce*
                                               Gustavo Ponce, Esq.

