UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 5:22-cv-02063-ODW (SPx) | Date | May 23, 2023 |
|---|---|---|---|
| Title | *Rita A. Wells et al. v. JPMorgan Chase Bank, N.A.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

     On January 20, 2023, Plaintiffs filed a Notice of Settlement, which stated that the parties settled this matter. (ECF No. 12.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by March 21, 2023. (ECF No. 13.) In its Order, the Court advised the parties that, "[f]ailure to timely comply with this order shall result in the dismissal of this action." (*Id.*) Pursuant to the parties' stipulation, the Court continued the parties deadline to file a dismissal to May 22, 2023. (ECF Nos. 16, 17.)

     As of today's date, the parties have not filed dismissal documents. Accordingly, the Court **VACATES** any remaining dates and deadlines and **DISMISSES** the case. The Clerk of the Court shall close the case.

                                                                                                       : 00

Initials of Preparer   SE